1  Eugene P. Ramirez (State Bar No. 134865)
    *epr@manningllp.com*
2  Tony M. Sain (State Bar No. 251626)
    *tms@manningllp.com*
3  Garros Chan (State Bar No. 320561)
    *gxc@manningllp.com*
4  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
5  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
6  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
7
   Attorneys for Defendants, COUNTY OF
8  RIVERSIDE and STAN SNIFF

9              **UNITED STATES DISTRICT COURT**

10    **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11

12  CHRISTOPHER LINGA, JOHNNY     Case No. 5:20-CV-01544-JGB-SHK
    LINGA, LISA DAVIS, and OSCAR
13  MOORE,                        *[The Hon. District Judge, Jesus G.*
                                  *Bernal, Magistrate Judge, Shashi H.*
14              Plaintiff,        *Kewalramani]*

15       v.

16  COUNTY OF RIVERSIDE, STATE    **DEFENDANTS COUNTY OF**
    OF CALIFORNIA, STAN SNIFF,    **RIVERSIDE AND STAN SNIFF'S**
17  CALIFORNIA POLICE             **ANSWER TO FIRST AMENDED**
    ACTIVITIES/ALTHLETIC LEAGUE,  **COMPLAINT; DEMAND FOR**
18  NATIONAL POLICE               **JURY TRIAL**
    ACTIVITIES/ALTHLETIC LEAGUE,
19  ESTATE OF KEVIN DUFFY and
    DOES 1-10,
20
                Defendant.
21

22       Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendants

23  COUNTY OF RIVERSIDE and STAN SNIFF ("Defendants") answer the First

24  Amended Complaint of Plaintiffs ("Plaintiffs").  If an averment is not specifically

25  admitted, it is hereby denied.

26              **ANSWER TO FIRST AMENDED COMPLAINT**

27       1.    Answering Paragraph 1, Defendants lack sufficient knowledge or

28  information to form a belief concerning the truth of the factual allegations contained

therein and on that basis deny such allegations.  Paragraph 1 further contains legal conclusions and argument as to which no response is required.

2.      Answering Paragraph 2, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 2 further contains legal conclusions and argument as to which no response is required.

3.      Answering Paragraph 3, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 3 further contains legal conclusions and argument as to which no response is required.

4.      Answering Paragraph 4, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 4 further contains legal conclusions and argument as to which no response is required.

5.      Answering Paragraph 5, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 5 further contains legal conclusions and argument as to which no response is required.

6.      Answering Paragraph 6, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 6 further contains legal conclusions and argument as to which no response is required.

7.      Answering Paragraph 7, Defendants admit that COUNTY is a municipal corporation existing under the laws of the State of California.  Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

8.      Answering Paragraph 8, Defendants admit that SNIFF is the former Sheriff for Riverside County Sheriff's Department ("RCSD").  Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

**DEFENDANTS COR AND SNIFFS' ANSWER TO FAC; DEMAND FOR JURY TRIAL**

9.      Answering Paragraph 9, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 9 further contains legal conclusions and argument as to which no response is required.

10.      Answering Paragraph 10, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 10 further contains legal conclusions and argument as to which no response is required.

11.      Answering Paragraph 11, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 11 further contains legal conclusions and argument as to which no response is required.

12.      Answering Paragraph 12, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 12 further contains legal conclusions and argument as to which no response is required.

13.      Answering Paragraph 13, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 13 further contains legal conclusions and argument as to which no response is required.

14.      Answering Paragraph 14, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 14 further contains legal conclusions and argument as to which no response is required.

15.      Answering Paragraph 15, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 15 further contains legal conclusions and argument as to which no response is required.

16.     Answering Paragraph 16, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 16 further contains legal conclusions and argument as to which no response is required.

17.     Answering Paragraph 17, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 17 further contains legal conclusions and argument as to which no response is required.

18.     Answering Paragraph 18, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 18 further contains legal conclusions and argument as to which no response is required.

19.     Answering Paragraph 19, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 19 further contains legal conclusions and argument as to which no response is required.

20.     Answering Paragraph 20, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 20 further contains legal conclusions and argument as to which no response is required.

21.     Answering Paragraph 21, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 21 further contains legal conclusions and argument as to which no response is required.

22.     Answering Paragraph 22, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 22 further contains legal conclusions and argument as to which no response is required.

23.     Answering Paragraph 23, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 23 further contains legal conclusions and argument as to which no response is required.

24.     Answering Paragraph 24, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 24 further contains legal conclusions and argument as to which no response is required.

25.     Answering Paragraph 25, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 25 further contains legal conclusions and argument as to which no response is required.

26.     Answering Paragraph 26, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 26 further contains legal conclusions and argument as to which no response is required.

27.     Answering Paragraph 27, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 27 further contains legal conclusions and argument as to which no response is required.

28.     Answering Paragraph 28, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 28 further contains legal conclusions and argument as to which no response is required.

29.     Answering Paragraph 29, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 29 further contains legal conclusions and argument as to which no response is required.

DEFENDANTS COR AND SNIFFS' ANSWER TO FAC; DEMAND FOR JURY TRIAL

30.     Answering Paragraph 30, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 30 further contains legal conclusions and argument as to which no response is required.

31.     Answering Paragraph 31, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 31 further contains legal conclusions and argument as to which no response is required.

32.     Answering Paragraph 32, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 32 further contains legal conclusions and argument as to which no response is required.

33.     Answering Paragraph 33, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 33 further contains legal conclusions and argument as to which no response is required.

34.     Answering Paragraph 34, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 34 further contains legal conclusions and argument as to which no response is required.

35.     Answering Paragraph 35, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 35 further contains legal conclusions and argument as to which no response is required.

36.     Answering Paragraph 36, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 36 further contains legal conclusions and argument as to which no response is required.

37.     Answering Paragraph 37, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 37 further contains legal conclusions and argument as to which no response is required.

38.     Answering Paragraph 38, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 38 further contains legal conclusions and argument as to which no response is required.

39.     Answering Paragraph 39, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 39 further contains legal conclusions and argument as to which no response is required.

40.     Answering Paragraph 40, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 40 further contains legal conclusions and argument as to which no response is required.

41.     Answering Paragraph 41, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 41 further contains legal conclusions and argument as to which no response is required.

42.     Answering Paragraph 42, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 42 further contains legal conclusions and argument as to which no response is required.

43.     Answering Paragraph 43, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 43 further contains legal conclusions and argument as to which no response is required.

44.    Answering Paragraph 44, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 44 further contains legal conclusions and argument as to which no response is required.

45.    Answering Paragraph 45, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 45 further contains legal conclusions and argument as to which no response is required.

46.    Answering Paragraph 46, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 46 further contains legal conclusions and argument as to which no response is required.

47.    Answering Paragraph 47, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 47 further contains legal conclusions and argument as to which no response is required.

48.    Answering Paragraph 48, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 48 further contains legal conclusions and argument as to which no response is required.

49.    Answering Paragraph 49, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 49 further contains legal conclusions and argument as to which no response is required.

50.    Answering Paragraph 50, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 50 further contains legal conclusions and argument as to which no response is required.

51.     Answering Paragraph 51, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 51 further contains legal conclusions and argument as to which no response is required.

52.     Answering Paragraph 52, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 52 further contains legal conclusions and argument as to which no response is required.

53.     Answering Paragraph 53, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 53 further contains legal conclusions and argument as to which no response is required.

54.     Answering Paragraph 54, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 54 further contains legal conclusions and argument as to which no response is required.

55.     Answering Paragraph 55, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 55 further contains legal conclusions and argument as to which no response is required.

56.     Answering Paragraph 56, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 56 further contains legal conclusions and argument as to which no response is required.

57.     Answering Paragraph 57, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 57 further contains legal conclusions and argument as to which no response is required.

58.    Answering Paragraph 58, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 58 further contains legal conclusions and argument as to which no response is required.

59.    Answering Paragraph 59, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 59 further contains legal conclusions and argument as to which no response is required.

60.    Answering Paragraph 60, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 60 further contains legal conclusions and argument as to which no response is required.

61.    Answering Paragraph 61, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 61 further contains legal conclusions and argument as to which no response is required.

62.    Answering Paragraph 62, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 62 further contains legal conclusions and argument as to which no response is required.

63.    Answering Paragraph 63, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 63 further contains legal conclusions and argument as to which no response is required.

64.    Answering Paragraph 64, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 64 further contains legal conclusions and argument as to which no response is required.

65.    Answering Paragraph 65, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 65 further contains legal conclusions and argument as to which no response is required.

66.    Answering Paragraph 66, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 66 further contains legal conclusions and argument as to which no response is required.

67.    Answering Paragraph 67, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 67 further contains legal conclusions and argument as to which no response is required.

68.    Answering Paragraph 68, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 68 further contains legal conclusions and argument as to which no response is required.

69.    Answering Paragraph 69, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 69 further contains legal conclusions and argument as to which no response is required.

70.    Answering Paragraph 70, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 70 further contains legal conclusions and argument as to which no response is required.

71.    Answering Paragraph 71, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 71 further contains legal conclusions and argument as to which no response is required.

72.    Answering Paragraph 72, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 72 further contains legal conclusions and argument as to which no response is required.

73.    Answering Paragraph 73, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 73 further contains legal conclusions and argument as to which no response is required.

74.    Answering Paragraph 74, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 74 further contains legal conclusions and argument as to which no response is required.

75.    Answering Paragraph 75, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 75 further contains legal conclusions and argument as to which no response is required.

76.    Answering Paragraph 76, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 76 further contains legal conclusions and argument as to which no response is required.

77.    Answering Paragraph 77, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 77 further contains legal conclusions and argument as to which no response is required.

78.    Answering Paragraph 78, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 78 further contains legal conclusions and argument as to which no response is required.

79.    Answering Paragraph 79, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 79 further contains legal conclusions and argument as to which no response is required.

80.    Answering Paragraph 80, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 80 further contains legal conclusions and argument as to which no response is required.

81.    Answering Paragraph 81, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 81 further contains legal conclusions and argument as to which no response is required.

82.    Answering Paragraph 82, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 82 further contains legal conclusions and argument as to which no response is required.

83.    Answering Paragraph 83, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 83 further contains legal conclusions and argument as to which no response is required.

84.    Answering Paragraph 84, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 84 further contains legal conclusions and argument as to which no response is required.

85.    Answering Paragraph 85, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 85 further contains legal conclusions and argument as to which no response is required.

86.     Answering Paragraph 86, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 86 further contains legal conclusions and argument as to which no response is required.

87.     Answering Paragraph 87, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 87 further contains legal conclusions and argument as to which no response is required.

88.     Answering Paragraph 88, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 88 further contains legal conclusions and argument as to which no response is required.

89.     Answering Paragraph 89, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 89 further contains legal conclusions and argument as to which no response is required.

90.     Answering Paragraph 90, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 90 further contains legal conclusions and argument as to which no response is required.

91.     Answering Paragraph 91, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 91 further contains legal conclusions and argument as to which no response is required.

92.     Answering Paragraph 92, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 92 further contains legal conclusions and argument as to which no response is required.

93.     Answering Paragraph 93, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 93 further contains legal conclusions and argument as to which no response is required.

94.     Answering Paragraph 94, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 94 further contains legal conclusions and argument as to which no response is required.

95.     Answering Paragraph 95, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 95 further contains legal conclusions and argument as to which no response is required.

96.     Answering Paragraph 96, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 96 further contains legal conclusions and argument as to which no response is required.

97.     Answering Paragraph 97, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 97 further contains legal conclusions and argument as to which no response is required.

98.     Answering Paragraph 98, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 98 further contains legal conclusions and argument as to which no response is required.

99.     Answering Paragraph 99, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 99 further contains legal conclusions and argument as to which no response is required.

100.   Answering Paragraph 100, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 100 further contains legal conclusions and argument as to which no response is required.

101.   Answering Paragraph 101, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 101 further contains legal conclusions and argument as to which no response is required.

102.   Answering Paragraph 102, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 102 further contains legal conclusions and argument as to which no response is required.

103.   Answering Paragraph 103, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 103 further contains legal conclusions and argument as to which no response is required.

104.   Answering Paragraph 104, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 104 further contains legal conclusions and argument as to which no response is required.

105.   Answering Paragraph 105, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 105 further contains legal conclusions and argument as to which no response is required.

106.   Answering Paragraph 106, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 106 further contains legal conclusions and argument as to which no response is required.

107.   Answering Paragraph 107, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 107 further contains legal conclusions and argument as to which no response is required.

108.   Answering Paragraph 108, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 108 further contains legal conclusions and argument as to which no response is required.

109.   Answering Paragraph 109, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 109 further contains legal conclusions and argument as to which no response is required.

110.   Answering Paragraph 110, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 110 further contains legal conclusions and argument as to which no response is required.

111.   Answering Paragraph 111, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 111 further contains legal conclusions and argument as to which no response is required.

112.   Answering Paragraph 112, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 112 further contains legal conclusions and argument as to which no response is required.

113.   Answering Paragraph 113, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 113 further contains legal conclusions and argument as to which no response is required.

114.   Answering Paragraph 114, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 114 further contains legal conclusions and argument as to which no response is required.

115.   Answering Paragraph 115, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 115 further contains legal conclusions and argument as to which no response is required.

116.   Answering Paragraph 116, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 116 further contains legal conclusions and argument as to which no response is required.

117.   Answering Paragraph 117, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 117 further contains legal conclusions and argument as to which no response is required.

118.   Answering Paragraph 118, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 118 further contains legal conclusions and argument as to which no response is required.

119.   Answering Paragraph 119, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 119 further contains legal conclusions and argument as to which no response is required.

120.   Answering Paragraph 120, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 120 further contains legal conclusions and argument as to which no response is required.

121.   Answering Paragraph 121, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 121 further contains legal conclusions and argument as to which no response is required.

122.   Answering Paragraph 122, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 122 further contains legal conclusions and argument as to which no response is required.

123.   Answering Paragraph 123, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 123 further contains legal conclusions and argument as to which no response is required.

124.   Answering Paragraph 124, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 124 further contains legal conclusions and argument as to which no response is required.

125.   Answering Paragraph 125, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 125 further contains legal conclusions and argument as to which no response is required.

126.   Answering Paragraph 126, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 126 further contains legal conclusions and argument as to which no response is required.

127.   Answering Paragraph 127, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 127 further contains legal conclusions and argument as to which no response is required.

DEFENDANTS COR AND SNIFFS' ANSWER TO FAC; DEMAND FOR JURY TRIAL

128.   Answering Paragraph 128, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 128 further contains legal conclusions and argument as to which no response is required.

129.   Answering Paragraph 129, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 129 further contains legal conclusions and argument as to which no response is required.

130.   Answering Paragraph 130, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 130 further contains legal conclusions and argument as to which no response is required.

131.   Answering Paragraph 131, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 131 further contains legal conclusions and argument as to which no response is required.

132.   Answering Paragraph 132, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 132 further contains legal conclusions and argument as to which no response is required.

133.   Answering Paragraph 133, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 133 further contains legal conclusions and argument as to which no response is required.

134.   Answering Paragraph 134, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 134 further contains legal conclusions and argument as to which no response is required.

DEFENDANTS COR AND SNIFFS' ANSWER TO FAC; DEMAND FOR JURY TRIAL

135.   Answering Paragraph 135, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 135 further contains legal conclusions and argument as to which no response is required.

136.   Answering Paragraph 136, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 136 further contains legal conclusions and argument as to which no response is required.

137.   Answering Paragraph 137, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 137 further contains legal conclusions and argument as to which no response is required.

138.   Answering Paragraph 138, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 138 further contains legal conclusions and argument as to which no response is required.

139.   Answering Paragraph 139, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 139 further contains legal conclusions and argument as to which no response is required.

140.   Answering Paragraph 140, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 140 further contains legal conclusions and argument as to which no response is required.

141.   Answering Paragraph 141, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 141 further contains legal conclusions and argument as to which no response is required.

142.   Answering Paragraph 142, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 142 further contains legal conclusions and argument as to which no response is required.

143.   Answering Paragraph 143, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 143 further contains legal conclusions and argument as to which no response is required.

144.   Answering Paragraph 144, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 144 further contains legal conclusions and argument as to which no response is required.

145.   Answering Paragraph 145, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 145 further contains legal conclusions and argument as to which no response is required.

146.   Answering Paragraph 146, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 146 further contains legal conclusions and argument as to which no response is required.

147.   Answering Paragraph 147, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 147 further contains legal conclusions and argument as to which no response is required.

148.   Answering Paragraph 148, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 148 further contains legal conclusions and argument as to which no response is required.

149.   Answering Paragraph 149, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 149 further contains legal conclusions and argument as to which no response is required.

150.   Answering Paragraph 150, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 150 further contains legal conclusions and argument as to which no response is required.

151.   Answering Paragraph 151, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 151 further contains legal conclusions and argument as to which no response is required.

## AFFIRMATIVE DEFENSES

Defendants plead the following separate defenses.  Defendants reserve the right to assert additional affirmative defenses that discovery indicates are proper.

## FIRST AFFIRMATIVE DEFENSE

### (Statute of Limitations)

152.   Plaintiffs' First Amended Complaint fails to state a claim upon which relief can be granted.

153.   Plaintiffs' First Amended Complaint also fails to state a claim against any defendant in this action.

154.   Plaintiffs' claims are time-barred by the operative statute(s) of limitations (including, but not limited to, California Code of Civil Procedure § 335.1).

## SECOND AFFIRMATIVE DEFENSE

### (Tort Claims Act Violation)

155.   This action is barred by the Plaintiffs' failure to comply with the government tort claims presentation requirements, California Government Code §

900, *et seq.*, including but not limited to §§ 900, 900.4, 901, 905, 905.2, 910, 911, 911.2, 911.4, 945.4, 945.6, 946.6, 950.2, and 950.6, to the extent applicable.

156.   The First Amended Complaint is barred based on Plaintiffs' failure to exhaust administrative remedies prior to filing this lawsuit.

157.   Plaintiffs' recovery is barred for failure to timely comply with the provisions of the claims statutes, including, but not limited to California Government Code §§ 901, 905, 905.2, 911.2, 945.4, 945.6, 950.2.

158.   Plaintiffs'  recovery is barred because the causes of action stated in the First Amended Complaint do not correspond with the legal claims asserted in Plaintiff's written claim.  The First Amended Complaint thereby alleges legal bases for recovery which are not fairly reflected in the written claim.

## THIRD AFFIRMATIVE DEFENSE

### (Waiver, Estoppel, Unclean Hands)

159.   Defendants allege that Plaintiffs' action is barred by reason of conduct, actions and inactions of plaintiffs which amount to and constitute a waiver of any right plaintiffs may or might have had in reference to the matters and things alleged in the First Amended Complaint, or that otherwise estop plaintiffs from recovery in this action, including but not limited to the doctrine of unclean hands.

## FOURTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

160.   Plaintiffs' claims are barred or limited to the extent plaintiffs failed to mitigate plaintiffs' injuries or damages, if there were any.  Plaintiffs have failed to mitigate the damages, if any, which plaintiffs have sustained, and to exercise reasonable care to avoid the consequences of harms, if any, in that, among other things, plaintiffs have failed to use reasonable diligence in caring for any injuries, failed to use reasonable means to prevent aggravation of any injuries and failed to take reasonable precautions to reduce any injuries and damages.

## FIFTH AFFIRMATIVE DEFENSE

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

**(Contributory and/or Comparative Liability)**

161.   Plaintiffs' claims are barred or limited by plaintiffs' contributory/comparative negligence or other conduct, acts, or omissions, and to the extent plaintiffs suffered any injury or damages, it was the result of plaintiff's own negligent or deliberate actions or omissions.

162.   Plaintiffs' recovery is barred because any injury or damage suffered by plaintiffs were caused solely by reason of the plaintiffs' wrongful acts and conduct. The conduct set forth in the First Amended Complaint, if and to the extent it occurred, was privileged and justified and done with a good faith belief that it was correct and no action may be taken against the answering defendants on account of such conduct.

## SIXTH AFFIRMATIVE DEFENSE

**(Public Entity/Employee Immunity for Others' Torts)**

163.   Plaintiffs' recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person. Gov. Code §§ 815 *et seq.*, 820.2 *et seq.*

164.   The answering defendants are informed and believe and thereon allege that if plaintiffs sustained any injury or damages, such injury or damages were solely caused or contributed to by the wrongful conduct of other defendants and/or entities or persons other than the answering defendants.  To the extent that plaintiffs' damages were so caused, any recovery by plaintiffs as against the answering defendants should be subject to proportionately comparative equitable indemnity/contribution from such third parties.

## SEVENTH AFFIRMATIVE DEFENSE

**(Public Entity/Employee Immunity for Discretionary Acts)**

165.   There is no liability for any injury or damages, if any there were, resulting from an exercise of discretion vested in a public employee, whether or not such discretion be abused.  Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 *et seq.*

166.   Plaintiffs' recovery is barred because public entities and employees are immune from liability for discharging their mandatory duties with reasonable diligence.

167.   A public employee may not be held liable for injuries or damages, if any, caused by failure to adopt or by adoption of an enactment or by failure to enforce an enactment and/or law, for an injury caused by his issuance, denial, suspension or revocation or by his failure or refusal to issue, deny, suspend or revoke, any permit, license, certificate, approval, order, or similar authorization, where he is authorized by enactment to determine whether or not such authorization should be issued, denied, suspended or revoked, pursuant to Government Code §§ 818.2, 818.4, 818.8, 821 and 821.2.  Based thereon, the answering defendants are immune from liability for any injuries claimed by plaintiffs, herein.

168.   This/these defendants are immune for any detriment resulting from any of its actions or omissions at the time of the incident of which plaintiffs complain pursuant to Government Code § 810 *et seq*., 815 *et seq*., 820 *et seq*., and 845 *et seq*., including, but not limited to, §§ 810, 810.2, 810.4, 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8, 820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and Government Code §§ 854, *et seq*., including, but not limited to, §§ 845.6, 854.6, 854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

## EIGHTH AFFIRMATIVE DEFENSE
### (Public Entity Immunity)

169.   To the extent that the First Amended Complaint attempts to predicate liability upon any public entity defendants or any employees thereof for purported negligence in retention, hiring, employment, training, or supervision of any public employee, such liability is barred by Government Code sections 815.2 and 820.2 and *Herndon v. County of Marin* (1972) 25 Cal. App. 3d 933, 935, 936, *rev'd on other grounds by Sullivan v. County of Los Angeles* (1974) 12 Cal.3d 710; and by the lack of any duty running to any plaintiffs; by the fact that any such purported act or

omission is governed exclusively by statute and is outside the purview of any public employees' authority; and by the failure of any such acts or omissions to be the proximate or legal cause of any injury alleged in the First Amended Complaint. *See de Villers v. County of San Diego*, 156 Cal.App.4th 238, 251-253, 255-256 (2007).

170. These defendants may not be held liable on a *respondeat superior* theory for any negligent or wrongful act or omission on the part of any subordinate. Cal. Government Code §§ 844.6, 845.6; Cal. Civil Code § 2351; *Malloy v. Fong* (1951) 37 Cal.2d 356, 378-379; *Monell v. Department of Social Services of the City of New York* (1978) 436 U.S. 658; *Larez v. City of Los Angeles* (9th Cir. 1991) 946 F.2d 630, 645-646; *cf. City of Canton v. Harris*, 489 U.S. 378, 388-389 (1989); *City of Los Angeles v. Heller*, 475 U.S. 796 (1986).

## NINTH AFFIRMATIVE DEFENSE

### (Qualified Immunity & Good Faith Immunity)

171. Defendants and its agents or officers at all times relevant to this action acted reasonably and prudently under the circumstances. Defendants therefore assert the individual defendants' Qualified Immunity from liability to the fullest extent applicable.

172. Defendants are immune from liability under the Federal Civil Rights Act because they acted in good faith with an honest and reasonable belief that their actions were necessary and appropriate. Defendants are immune from liability under the Federal Civil Rights Act because a reasonable police officer could believe that their acts and conduct were appropriate. Defendants are immune from liability under the Federal Civil Rights Act because their conduct did not violate clearly established rights. Defendants are also immune from liability under the doctrine of Qualified Immunity.

173. At all relevant times, defendants acted within the scope of discretion, with due care, and good faith fulfillment of responsibilities pursuant to applicable statutes, rules and regulation, within the bounds of reason, and with the good faith

1  belief that their actions comported with all applicable federal and state laws. *Harlow*

2  *v. Fitzgerald* (1982) 457 U.S. 800; Cal Gov. Code §§ 815.2 and 820.2.

3  ## TENTH AFFIRMATIVE DEFENSE

4  ### (Assumption of Risk)

5  174.  At the times and places referred to in the First Amended Complaint for

6  Damages, and before such event, plaintiffs knew, appreciated, and understood each

7  and every risk involved in placing themselves in the position which plaintiffs then

8  assumed, and willingly, knowingly and voluntarily assumed each of such risks,

9  including, but not limited to, the risk of suffering personal injury and/or lawful

10  deprivation of right(s).

11  ## ELEVENTH AFFIRMATIVE DEFENSE

12  ### (Outside the Course and Scope of Employment)

13  175.  At the times and places referred to in the First Amended Complaint for

14  Damages that refer to Kevin Duffy's alleged sexual assaults or other similar conduct

15  associated with the Sheriff's Activities League, California Police Activities/Athletic

16  League and/or the National Police Activities/Athletic League, those acts were not

17  within the course or scope of his employment as an Investigator with RCSD.  The

18  alleged conduct of did not occur while Kevin Duffy was on duty as an Investigator

19  for RCSD.  Further, the alleged conduct did not occur while Kevin Duffy was

20  exercising his authority as a peace officer.  The alleged results of his conduct did not

21  stem from the use of his authority as a peace officer.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

DEFENDANTS COR AND SNIFFS' ANSWER TO FAC; DEMAND FOR JURY TRIAL

## <u>TWELFTH AFFIRMATIVE DEFENSE</u>

176.   Defendants contend that they cannot fully anticipate all affirmative defenses that may be applicable to this action based on the conclusory terms used in Plaintiffs' First Amended Complaint.  Accordingly, Defendants expressly reserve the right to assert additional affirmative defenses if and to the extent that such affirmative defenses become applicable.

DATED:  November 13, 2020          **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


By:          /s/ Eugene P. Ramirez
            Eugene P. Ramirez , Esq.
            Tony M. Sain, Esq.
            Garros Chan, Esq.
            Attorneys for Defendants, COUNTY OF
            RIVERSIDE and STAN SNIFF

**DEFENDANTS COR AND SNIFFS' ANSWER TO FAC; DEMAND FOR JURY TRIAL**

## DEMAND FOR JURY TRIAL

Defendants, COUNTY OF RIVERSIDE and STAN SNIFF, hereby demand trial of this matter by jury as to each issue triable by jury.

## PRAYER FOR RELIEF

WHEREFORE, Defendants pray for relief as follows:

1.     That the First Amended Complaint be dismissed, with prejudice and in its entirety;

2.     That Plaintiffs take nothing by reason of this First Amended Complaint and that judgment be entered against Plaintiffs and in favor of Defendants;

3.     That Defendants be awarded their costs incurred in defending this action; and

4.     That Defendants be granted such other and further relief as the Court may deem just and proper.

DATED:  November 13, 2020          **MANNING & KASS**
                                   **ELLROD, RAMIREZ, TRESTER LLP**



                                   By:      /s/ Eugene P. Ramirez
                                   Eugene P. Ramirez, Esq.
                                   Tony M. Sain, Esq.
                                   Garros Chan, Esq.
                                   Attorneys for Defendants, COUNTY OF
                                   RIVERSIDE and STAN SNIFF

**DEFENDANTS COR AND SNIFFS' ANSWER TO FAC; DEMAND FOR JURY TRIAL**