1  Michael R. White [SBN 91148]
   James S. Reed (SBN 165316)
2  WHITE & REED LLP
   5757 W. Century Boulevard, Suite 700
3  Los Angeles, CA 90045
   Telephone: (310) 843-9065
4  Facsimile: (310) 843-9064
   Email: white@whitereed.com
5
   Attorneys for Defendant
6  NATIONAL ASSOCIATION OF POLICE
   ATHLETIC/ACTIVITIES LEAGUES, INC.
7

8

9            UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  CHRISTOPHER LINGA, et al., | **CASE NO.  5:20-cv-01544 JGB (SHKx)** |
| 13           Plaintiff, | |
| 14       vs. | **ANSWER BY DEFENDANTS NATIONAL ASSOCIATION OF POLICE ATHLETIC/ACTIVITIES LEAGUES, INC. TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL** |
| 15  COUNTY OF RIVERSIDE, et al., | |
| 16           Defendants. | |

17

18         Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant

19  NATIONAL ASSOCIATION OF POLICE ATHLETIC/ACTIVITIES LEAGUES,

20  INC. (named in the First Amended Complaint as NATIONAL POLICE

21  ATHLETIC/ACTIVITIES LEAGUE, and referred to herein as "NAPAL") hereby

22  answers the First Amended Complaint ("Complaint") of plaintiffs Christopher Linga,

23  et al. (referred to collectively as "Plaintiffs." Except as expressly admitted herein, the

24  factual allegations in each paragraph of the Complaint are denied. Insofar as the

25  paragraphs in the Complaint contain legal conclusions and arguments, no response is

26  required.

27             **ANSWER TO FIRST AMENDED COMPLAINT**

28       1.    Answering paragraph 1, NAPAL admits that the Complaint seeks

damages from the Defendants, including NAPAL. NAPAL denied that it has any liability for any such damages.

2. Answering paragraph 2, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies the allegations.

3 – 10. Answering paragraphs 3 through 10, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies the allegations.

11. Answering paragraph 11, NAPAL admits that it is a national organization created to aid in the prevention of juvenile crime and violence by providing mentorship, civic/service, athletics, recreational, enrichment and educational opportunities and resources to its chapters. NAPAL denies that it was responsible for monitoring its chapter organizations, that it failed to monitor its chapter organizations, that it allowed Kevin Duffy to engage in any misconduct, and that "Hemet Station SAL" is a chapter organization of NAPAL. NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the remaining factual allegations contained in the paragraph and on that basis denies the allegations.

12 – 21. Answering paragraphs 12 through 21, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies the allegations.

22. Answering paragraph 22, NAPAL denies that "RCSD SAL" had any affiliation with NAPAL except during a portion of 2004 and 2005. NAPAL admits that it is a national organization created to aid in the prevention of juvenile crime and violence by providing mentorship, civic/service, athletics, recreational, enrichment and educational opportunities and resources to its chapters. With regard to the remaining factual allegations in the paragraph, NAPAL lacks sufficient knowledge or information to form a belief concerning their truth and on that basis denies the allegations.

23 – 60.    Answering paragraphs 23 through 60, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies the allegations.

61.    Answering paragraph 61, NAPAL admits that plaintiffs are seeking attorneys' fees herein, but denies that it has liability for any such fees.

62.    Answering paragraph 62, NAPAL incorporates and restates herein its responses to paragraphs 1 through 61.

63 – 69.    Answering paragraphs 63 through 69, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies the allegations.

70.    Answering paragraph 70, NAPAL admits that plaintiffs are seeking attorneys' fees, but denies that it has liability for any such fees.

71.    Answering paragraph 71, NAPAL incorporates and restates herein its responses to paragraphs 1 through 70.

72 – 79.    Answering paragraphs 72 through 79, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies the allegations.

80.    Answering paragraph 80, NAPAL admits that plaintiffs are seeking attorneys' fees, but denies that it has liability for any such fees.

81.    Answering paragraph 81, NAPAL incorporates and restates herein its responses to paragraphs 1 through 80.

82 – 90.    Answering paragraphs 82 through 90, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies the allegations.

91.    Answering paragraph 91, NAPAL admits that plaintiffs are seeking attorneys' fees herein, but denies that it has liability for any such fees.

92.    Answering paragraph 92, NAPAL incorporates and restates herein its responses to paragraphs 1 through 91.

93 – 94.   Answering paragraphs 93 and 94, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies the allegations.

95.   Answering paragraph 95, NAPAL denies that it knew or should have known that Kevin Duffy was sexually assaulting minor, that it failed to investigate, supervise, and/or monitor Duffy, or that it had any such responsibility. With regard to the remaining factual allegations in the paragraph, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies the allegations.

96 – 97.   Answering paragraphs 96 and 97, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies the allegations.

98.   Answering paragraph 98, NAPAL admits that Plaintiffs are seeking treble damage herein, but deny that it has any liability for such damages.

99.   Answering paragraph 99, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies the allegations.

100.   Answering paragraph 100, NAPAL denies that Kevin Duffy was ever employed NAPAL, or that he was ever acting in the course and scope of any such employment, or that NAPAL is in any way liable for any wrongful acts that may have been committed by Duffy or any other defendant. With regard to the remaining factual allegations in the paragraph, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies the allegations.

101.   Answering paragraph 101, NAPAL incorporates and restates herein its responses to paragraphs 1 through 100.

102 – 104.   Answering paragraphs 102 through 104, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual

allegations contained therein and on that basis denies the allegations.

105. Answering paragraph 105, NAPAL denies that Kevin Duffy was ever employed by NAPAL, or that he was ever acting in the course and scope of any such employment, or that NAPAL is in any way liable for any wrongful acts that may have been committed by Duffy or any other defendant. With regard to the remaining factual allegations in the paragraph, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies the allegations.

106. Answering paragraph 106, NAPAL denies the factual allegations as to NAPAL. With regard to the remaining factual allegations in the paragraph, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies the allegations.

107 – 108. Answering paragraphs 107 and 108, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies the allegations.

109. Answering paragraph 109, NAPAL admits that plaintiffs are seeking attorneys' fees herein, but denies that it has liability for any such fees.

110. Answering paragraph 110, NAPAL incorporates and restates herein its responses to paragraphs 1 through 109.

111 – 118. Answering paragraphs 111 through 118, NAPAL denies the factual allegations as to NAPAL. With regard to the remaining factual allegations in the paragraph, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies the allegations.

119 – 125. Answering paragraphs 119 through 125, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies the allegations.

126. Answering paragraph 126, NAPAL admits that Plaintiffs are seeking

treble damage herein, but deny that it has any liability for such damages.

127 – 128.   Answering paragraphs 127 and 128, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies the allegations.

129.   Answering paragraph 129, NAPAL denies that Kevin Duffy was ever employed by NAPAL, or that he was ever acting in the course and scope of any such employment, or that NAPAL is in any way liable for any wrongful acts that may have been committed by Duffy or any other defendant. With regard to the remaining factual allegations in the paragraph, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies the allegations.

130.   Answering paragraph 130, NAPAL incorporates and restates herein its responses to paragraphs 1 through 129.

131 – 137.   Answering paragraphs 131 through 137, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies the allegations.

138.   Answering paragraph 138, NAPAL admits that Plaintiffs are seeking treble damage herein, but deny that it has any liability for such damages.

139.   Answering paragraph 139, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies the allegations.

140.   Answering paragraph 140, NAPAL denies that Kevin Duffy was ever employed by NAPAL, or that he was ever acting in the course and scope of any such employment, or that NAPAL is in any way liable for any wrongful acts that may have been committed by Duffy or any other defendant. With regard to the remaining factual allegations in the paragraph, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies the allegations.

141.   Answering paragraph 141, NAPAL incorporates and restates herein its responses to paragraphs 1 through 140.

142 – 147.   Answering paragraphs 142 through 147, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies the allegations.

148.   Answering paragraph 100, NAPAL denies that Kevin Duffy was ever employed by NAPAL, or that he was ever acting in the course and scope of any such employment, or that NAPAL is in any way liable for any wrongful acts that may have been committed by Duffy or any other defendant. With regard to the remaining factual allegations in the paragraph, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies the allegations.

149.   Answering paragraph 149, NAPAL denies the factual allegations as to NAPAL. With regard to the remaining factual allegations in the paragraph, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies the allegations.

150.   Answering paragraph 150, NAPAL lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies the allegations.

151.   Answering paragraph 151, NAPAL admits that Plaintiffs are seeking atrorneys fees and treble damages herein, but deny that it has any liability for such fes or damages.

## **AFFIRMATIVE DEFENSES**

NAPAL pleads the following separate affirmative defenses. By so pleading, NAPAL does not admit that it has any burden of proof as to any defense. NAPAL reserves the right to assert additional affirmative defenses based on subsequently discovered facts.

1.   The Complaint, and each of the Claims for Relief therein, fails to state a

ANSWER BY DEFENDANT NAPAL

claim upon which relief can be granted.

2. The Complaint, and each of the Claims for Relief therein, fails to state a claim upon which relief can be granted against NAPAL.

3. The Complaint, and each of the Claims for Relief therein, is barred by the operative statute of limitations, including but not limited to, California Code of Civil Procedure §§ 335.1, 338, 340.1, 340.35, and 343.

4. The Complaint, and each of the Claims for Relief therein, is barred by the doctrines of waiver, estoppel and consent.

5. The Complaint, and each of the Claims for Relief therein, is barred by the doctrine of unclean hands.

6. The Complaint, and each of the Claims for Relief therein, is barred to the extent that Plaintiffs failed to mitigate their damages.

7. The Complaint, and each of the Claims for Relief therein, is barred by the doctrine of laches.

8. Any damages to Plaintiffs were caused by the acts of omissions of Plaintiffs or other parties, and any liability to NAPAL must be apportioned, reduced, set off, or extinguished accordingly.

9. Were Plaintiffs to recover from NAPAL, they would be unjustly enriched.

10. The Complaint, and each of the Claims for Relief therein, is barred because there has been a misjoinder of parties.

11. The Complaint, and each of the Claims for Relief therein, is barred by its failure to name indispensable parties.

WHEREFORE, Defendant NAPAL prays for judgment as follows:

1. Dismissing the Complaint with prejudice as to NAPAL;

2. Ordering that Plaintiffs take nothing by this action as to NAPAL;

3. Awarding NAPAL its costs of suit;

4. Granting NAPAL such other and further relief as the Court deems just and

proper.

DATED: December 21, 2020

WHITE & REED LLP

By: /s/Michael R. White
Michael R. White
Attorneys for Defendant
NATIONAL ASSOCIATION OF
POLICE ATHLETIC/ACTIVITIES
LEAGUES, INC.

## **DEMAND FOR JURY TRIAL**

Defendant NATIONAL ASSOCIATION OF POLICE ATHLETIC/ACTIVITIES LEAGUES, INC. hereby demands trial by jury as to each issue triable by jury.

DATED: December 21, 2020     WHITE & REED LLP


By: /s/Michael R. White
Michael R. White
Attorneys for Defendant
NATIONAL ASSOCIATION OF
POLICE ATHLETIC/ACTIVITIES
LEAGUES, INC.